Certification of Judgment (AO 451 Rev - SDNY 5/25/06)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MIDLAND INNOVATIONS, NV,

        Plaintiff,

-against-

WEILAND INTERNATIONAL, INC. and
WEN WANG,

        Defendants.

---------------------------------------------------------------X

05 CIVIL 3069 (JES)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
Judgment #06,1216

CV MC 06-97

FILED CLERK, U.S. DISTRICT COURT
AUG 10 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED CLERK, U.S. DISTRICT COURT
AUG 17 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SCANNED

    I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on June 1, 2006 as it appears in the records of this court, and that:

☒     No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐     No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐     An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐     An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

    IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 9, 2006.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

J. Michael McMahon
_____
Clerk





_____
(By) Deputy Clerk

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 18
DATE FILED: 5/31/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MIDLAND INNOVATIONS, NV,

        Plaintiff,

   -against-

WEILAND INTERNATIONAL, INC., and
WEN WANG,

        Defendants.

------------------------------------x

Case No.: 05 CV 3069(JES)

ORDER AND JUDGMENT

       On March 14, 2006 (Exhibit A), this Court issued an Order directing a fine of $2,500.00 (two thousand five hundred dollars) per day until Defendants appear for a deposition and produce documents; Defendants have failed to comply by failing to appear for a deposition and producing the documents requested; it being over sixty-five (65) days since the entry of the Order of March 14, 2006; and the Court having considered 'o' matters raised, it is

       **ORDERED** that Defendants be found in default of the March 14, 2006 Order (Exhibit A); and it is further

       **ORDERED** that Defendants be ordered to pay $2,500 (two thousand five hundred dollars) per day for the sixty-five (65) days it has failed to appear, or a total of $162,500.00 (one hundred sixty-two thousand five hundred dollars); and it is further

       **ORDERED** that Plaintiff shall serve a copy of this Order and Judgment upon Defendants by U.S. Mail; and it is further

       **ORDERED** that this Order and Judgment may be entered immediately in a U.S. District Court in the State of California or any other state for enforcement against Defendants.

Dated: New York, New York
       May 25, 2006

                               John E. Sprizzo
                              United States District Judge

I hereby attest and certify that this is a printed copy of a document that was electronically filed with the United States District Court for the Southern District of New York
Date Filed: 5/31/06
J. MICHAEL McMAHON, CLERK

THIS DOCUMENT WAS ENTERED
ON 6/1/06

## CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the Order was duly sent by First Class Mail to WEILAND INTERNATIONAL, INC., 2956 W. Castle Prince Terrace, Dublin, CA 94560, on this ____ day of May 2006.

_____
Ida C. Serrano

STEPHEN E. FELDMAN, P.C.
Attorneys for Plaintiff
12 East 41st Street
New York, New York 10017
(212) 532-8585

# EXHIBIT A

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MIDLAND INNOVATIONS, NV,

               Plaintiff,

    -against-                                   Case No: 05 CV 3069(JES)

WEILAND INTERNATIONAL, INC., and        ORDER
WEN WANG,

               Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/06

      Counsel to Plaintiff in the above-captioned action having appeared before the Court for a Motion for Contempt on March 6, 2006 and Defendants having failed to appear at such hearing, and Plaintiff having sought an order to hold Defendants in Contempt of Court and for Sanctions, and the Court having considered all matters raised, it is

      **ORDERED** that, as set forth in the papers in support of Plaintiff's motion and at the hearing, Defendants shall be and hereby are in Contempt of Court; and it is further

      **ORDERED** that Defendants shall be and hereby are ordered to pay $2500 (two thousand five hundred dollars per day) until Defendants appear for a deposition and produce all of the documents for Plaintiff to ascertain sales and damages for infringement of the document holder that is the subject of this litigation and is attached as Exhibit A; and it is further

      **ORDERED** that Plaintiff shall serve a copy of this Order upon Defendants by U S Mail; and it is further

      **ORDERED** that this Order may be entered in a U.S. District Court in the State of California for enforcement against Defendants

Dated:     New York, New York
              March ___, 2006

                                                           _____
                                                            John E Sprizzo
                                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the Order was sent by regular mail to Wen Wang, WEILAND INTERNATIONAL, INC. 2956 W Castle Prince Terrace, Dublin, CA 94560 on this 9th day of March, 2006.

*Marcos Feliciano*

Stephen E. Feldman, P.C.
Attorneys for Petitioner
12 East 41st Street
New York, New York 10017
(212) 532-8585

8-9-2006